IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **PATRICK MCGLONE, SR.**<br><br>   v.<br><br>**PHILADELPHIA GAS WORKS, PGW** | **CIVIL ACTION**<br><br>**NO. 15-3262** |
|---|---|

### ORDER

AND NOW, this 19th day of January, 2017, for the reasons stated in the foregoing memorandum and upon consideration of Philadelphia Gas Works' ("PGW") Motion for Summary Judgment (ECF No. 37) and all responses and replies thereto, it is hereby ORDERED that the Motion is GRANTED and each of Plaintiff's claims in his Amended Complaint (ECF No. 7) is dismissed with prejudice.

It is further ORDERED that Plaintiff's Motion for Leave to File Sur Reply in Opposition to Summary Judgment (ECF No. 44) is GRANTED and PGW's Motion to Strike Plaintiff's Supplemental and Responsive Counter Statement of Undisputed Facts (ECF No. 45) is DENIED as moot.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 15\15-3262 mcglone v. phila gas works\15cv3262 order re SJ.docx