Case 2:15-cv-03262-MMB  Document 60  Filed 06/05/18  Page 1 of 2

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1399
_____

PATRICK MCGLONE, SR.,
                                                    Appellant

v.

PHILADELPHIA GAS WORKS, PGW;
UTILITY WORKERS UNION OF AMERICA LOCAL 686


_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-15-cv-03262)
District Judge: Honorable Michael M. Baylson
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
January 23, 2018
_____

Before:  HARDIMAN, VANASKIE, and SHWARTZ, *Circuit Judges*
_____

JUDGMENT
_____


This cause came on to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted pursuant to Third

Circuit L.A.R. 34.1(a) on January 23, 2018.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Order of the District Court entered

Case 2:15-cv-03262-MMB  Document 60  Filed 06/05/18  Page 2 of 2

January 20, 2017, is hereby AFFIRMED.  Costs shall be taxed against Appellant.  All of

the above in accordance with the Opinion of this Court.


ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 14, 2018


**Certified as a true copy and issued in lieu
of a formal mandate on**   06/05/2018

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**